JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYCILE GREEN,<br><br>                Plaintiff,<br><br>                v.<br><br>NANCY BERRYHILL, Deputy Commissioner for Operations, Social Security Administration,<br><br>                Defendant. | Case No. CV 18-4184-KK<br><br>JUDGMENT |

Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED, and this action is REMANDED for further administrative proceedings.

Dated: January 30, 2019

/s/ Kenly Kato
HONORABLE KENLY KIYA KATO
United States Magistrate Judge